```
 1  FRANKLIN J. LOVE, Bar #80334
    LAW OFFICE OF FRANKLIN J. LOVE
 2  800 S. Barranca Ave., Ste. 100
 3  Covina, California 91723
 4  (626)653-0455
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENTERTAINMENT BY J&J, INC. | ) | 01-CV-07919-HLH (Rzx) |
| | ) | |
| Plaintiff, | ) | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. | ) | **BY CLERK** |
| | ) | |
| CAROLINA MARTINEZ OCHOA individually and dba CANDILEJAS MEXICAN SEAFOOD RESTAURANT, jointly and severally | ) ) ) ) ) ) | |
| Defendant | ) | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on February 27, 2002 against defendant, **CAROLINA MARTINEZ OCHOA individually and dba CANDILEJAS MEXICAN SEAFOOD RESTAURANT jointly and severally** is hereby renewed on the amounts as set forth below:

**RENEWAL OF MONEY JUDGMENT**

| | |
|---|---:|
| a. Total judgment | $8,450.00 |
| b. Costs after judgment | 0.00 |
| c. Attorney fees | 0.00 |
| d. Subtotal (add a thru c) | 8,450.00 |
| e. Credits after Judgment | 0.00 |
| f. Subtotal (substract e from d) | 8,450.00 |
| g. Interest after judgment | 2,110.75 |
| h. Fee for filing renewal | 0.00 |
| i. **Total renewed judgment** | 10,560.75 |

DATED: 2/27/12                     Clerk by _____
                                         Lori Muraoka, Deputy Clerk
                                         U.S. District Court